# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DENISE CHARLTON, ) | |
| ) | CIVIL ACTION FILE |
| Plaintiff, ) | |
| v.  ) | NO. 1:21-cv-00220-SDG-CCB |
| ) | |
| CHMK & ASSOCIATES, INC. d/b/a ) | |
| HOME INSTEAD SENIOR CARE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF SETTLEMENT

The parties hereby file this Notice of Settlement advising the Court that the parties have resolved all issues in this matter and are in the process of executing a Settlement Agreement and Release.  The parties anticipate the filing of a stipulation of dismissal with prejudice within the next 45 days.

Respectfully submitted this 14th day of January, 2022.

| | |
|---|---|
| */s/ Cheryl B. Legare* | s/John W. Stapleton |
| Cheryl B. Legare | John W. Stapleton |
| Georgia Bar No. 038553 | Georgia Bar No. 368790 |
| cblegare@law-llc.com | jstapleton@fisherphillips.com |
| LEGARE, ATTWOOD & WOLFE, LLC | JonVieve D. Hill |
| 125 Clairmont Ave., Suite 380 | Georgia Bar No. 907946 |
| Decatur, GA 30030 | jhill@fisherphillips.com |
| Telephone: (470) 823-4000 | FISHER & PHILLIPS LLP |
| | 1075 Peachtree Street NE, Suite 3500 |
| *Counsel for Plaintiff* | Atlanta, Georgia 30309 |
| | Telephone: (404) 231-1400 |

FP 42814612.1

Facsimile: (404) 240-4249

*Counsel for Defendant*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| DENISE CHARLTON, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> CHMK & ASSOCIATES, INC. d/b/a ) <br> HOME INSTEAD SENIOR CARE, ) <br> ) <br> Defendant. ) <br> _____ ) | CIVIL ACTION FILE <br><br> NO. 1:21-cv-00220-SDG-CCB |

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 14th day of January 2022, I electronically filed the foregoing **NOTICE OF SETTLEMENT** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel authorized to receive such notice.

*s/John W. Stapleton*
John W. Stapleton
Georgia Bar No. 368790
FISHER & PHILLIPS LLP
